WALTER CHURCH et al., Respondents, *v.* THOMAS L. RANDALL, Appellant.

*Church* v. *Randall*, 105 App. Div. 636, appeal dismissed.
(Argued October 2, 1905; decided October 10, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1905, which affirmed a judgment of the Schenectady County Court in favor of plaintiffs entered upon a verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal, permission to take the same not having been granted.

*W. W. Wemple* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.